RUTH S. QUINN, Respondent, v. THEODORE K. QUINN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

FRANK ZIMMEL, Respondent, v. WILLIAMSBURG PUBLISHING Co., INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

FRANCIS MARQUIS, Judgment-Creditor-Appellant, v. ANTHONY M. DEL CARLOS, Judgment-Debtor-Respondent.— Order so far as appealed from unanimously reversed, with $20 costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of H. DUDLEY SWIM for Leave to Resign as Trustee under a Trust Made by FLORENCE L. S. GIFFORD, and for Judicial Settlement of the Account of his Proceedings as such Trustee. FLORENCE L. S. GIFFORD et al., as Trustees, et al., Appellants; H. DUDLEY SWIM et al., Respondents.— Order so far as appealed from unanimously modified by reducing the allowance to the attorneys for the petitioner to $1,500 and by reducing the allowance to the guardian ad litem to $750, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

PAUL P. GETTINGER et al., Individually and as Copartners Doing Business under the Name of GETTINGER & GETTINGER, Respondents, v. JULES LEVEY et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 979.]

In the Matter of DAPHNE HELLMAN, Respondent. HARRY BULL, Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Arbitration between COHN-HALL-MARX COMPANY, Respondent, and EDWARD F. HUTTON et al., Copartners Doing Business as E. F. HUTTON & COMPANY, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HILDA R. GILMAN et al., Appellants, v. A. H. SONN Co., INC., Respondent; CHARLES P. BLANEY, as Receiver of CY RHEIMS CORP., a Bankrupt, Defendant, and HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, et al., Impleaded Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HILDA R. GILMAN et al., Appellants, v. ÆTNA LIFE INSURANCE COMPANY et al., Defendants; A. H. SONN Co., INC., Respondent; HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, et al., Impleaded Defendants-Appellants, and CYRUS RHEIMS, INC., et al., Impleaded Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 979.]